---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (*if known*): _____ Chapter __11__

U.S. BANK... CLERK
EASTER...

2024 SEP 11

RECEIVED

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 26 Pulaski Management Corp |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 7 - 4 4 7 9 3 4 0 |

4. **Debtor's address**

Principal place of business

26 Pulaski Street
Number    Street

Brooklyn,    NY    11206
City    State    ZIP Code

Kings
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

5. **Debtor's website (URL)**

---

| Debtor | 579 Franklin Corp | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | **A.** *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>3</u>  <u>1</u>  <u>1</u>

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____          Case number (*if known*)_____
　　　　　Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.　Debtor _____　Relationship _____

　　　　　District _____　When _____
　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　　**Why does the property need immediate attention?** (*Check all that apply.*)

　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　　What is the hazard? _____

　　☐ It needs to be physically secured or protected from the weather.

　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　　☐ Other _____

　　**Where is the property?**_____
　　　　　　　　　　　　　　Number　　　Street

　　　　　_____

　　　　　_____
　　　　　City　　　　　　　　　　　　　　State ZIP Code

　　**Is the property insured?**

　　☑ No

　　☐ Yes. Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

**Statistical and administrative information**

| Debtor | 26 Pulaski Management  Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 13. Debtor's estimation of available funds | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▌ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/11/2024___
      MM / DD /YYYY

✗ _Stephe  Assou_                Stephane D.Assoumou
  Signature of authorized representative of debtor        Printed name

Title  **President**

Debtor    579 Franklin Corp
          _____        Case number (if known)_____
          Name

18. **Signature of attorney**    ✘ _____        Date    _____
                                  Signature of attorney for debtor                 MM   / DD / YYYY

                                  _____
                                  Printed name

                                  _____
                                  Firm name

                                  _____
                                  Number        Street

                                  _____        _____    _____
                                  City                                State            ZIP Code

                                  _____        _____
                                  Contact phone                       Email address

                                  _____        _____
                                  Bar number                          State

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): *26 Pulaski Corp*                    CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

[✓] NO ORDER BARRING DEBTOR FROM FILING A PETITION UNDER ANY CHAPTER IS IN EFFECT.

[✓] NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

[ ] THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [If closed] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (Refer to NOTE above): _____

- SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [If closed] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (Refer to NOTE above): _____

- SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

[OVER]

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):

REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B – <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):

REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that:
- The within bankruptcy case is not related to any case pending, or pending within the last eight years, except as indicated on this form.
- I, the above-named debtor, am currently not barred by any order of this court from filing for bankruptcy.

_____
Signature of Debtor's Attorney

*Antonette Alexander*
Signature of Pro-se Debtor/Petitioner

*1000 Dean St – Ste 101*
Mailing Address of Debtor/Petitioner

*Brooklyn NY 11238*
City, State, Zip Code

*management@brownstonenyc.com*
Email Address

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

26 Pulaski Corp --------x

In Re:

Case No.

Chapter  11

Debtor(s)

-------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Sept 11, 2024

J. G Funding
_____
Debtor

_____
Joint Debtor

s/
_____
Attorney for Debtor

USBC-44                                                          Rev. 11/15

# <u>CREDITORS</u>

## <u>CREDITOR: 1:</u>

**JG FUNDING CORP**

**Address: 531 Wild Avenue, Staten Island, NY 10314**

**Nature of Trade:** Lender

**Fill in this information to identify the case:**

Debtor name ___26 Pulaski Management Corp___

United States Bankruptcy Court for the: ___Eastern___ District of ___New York___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

Type text here

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ____ ____ ____ ____ | $_____ |
| 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
|---|---|
| 4.2. _____ | $_____ |

5. **Total of Part 1**          $ 0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

### Part 2:    Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $ 0.00 |
|---|---|
| 7.2. _____ | $_____ |

---

Debtor    26 Pulaski Management Corp

Name

Case number (if known)_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $ 0.00

8.2._____    $ 0.00

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

| 11a. 90 days old or less: | _____ | – | _____ | = ........➜ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ | – | _____ | = ........➜ | $_____ |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ 0.00

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $ 0.00

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0.00

Debtor    __26 Pulaski Management Corp_____    Case number (if known)_____
             Name

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    26 Pulaski Management Corp
          _____          Case number (if known)_____
          Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                    $ 0.00
                                                                                           _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>_____ | $_____ | _____ | $_____ |
| 40. **Office fixtures**<br>_____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>_____ | $_____ | _____ | $_____ |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

Debtor _____    Case number (*if known*)_____
      Name

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    26 Pulaski Management Corp                                    Case number (*if known*)_____
          Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.       $ *900,000.00*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.       $_____

Debtor    26 Pulaski Management Corp
          _____
          Name                                          Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)
_____    _____  –  _____  = ➔    $_____
                                             Total face amount       doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____    $_____
Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____    $_____
Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**
_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    26 Pulaski Management Corp
_____
Name

Case number (if known)_____

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | | $  0 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | | $  0 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | | $  0 | |
| 83. **Investments.** Copy line 17, Part 4. | | $  0 | |
| 84. **Inventory.** Copy line 23, Part 5. | | $  0 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | | $  0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | | $  0 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | | $  0 | |
| 88. **Real property.** Copy line 56, Part 9. ........................➔ | | | $ 900,000 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | | $_____ | |
| 90. **All other assets.** Copy line 78, Part 11. | + | $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | | $_____ | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................    $ 900,000

---

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>26 Pulaski Management Corp</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern     District of   New York<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| jG Funding Corp | _____ $_____ | $_____ |
| | _____ | |
| **Creditor's mailing address** | _____ | |
| 531 Wild Avenue | _____ | |
| Staten Island, NY 10314 | **Describe the lien** | |
| | _____ | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | |
| | ☐ No | |
| _____ | ☑ Yes | |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?** | |
| **Last 4 digits of account** | ☐ No | |
| **number** __ __ __ __ | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| ☐ No | Check all that apply. | |
| ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| _____ | | |
| _____ | | |

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| Manna Capital Solutions LLC | _____ $_____ | $_____ |
| | _____ | |
| **Creditor's mailing address** | _____ | |
| 2068 Flatbush Ave | _____ | |
| Brooklyn, NY 11234 | **Describe the lien** | |
| | _____ | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | |
| | ☐ No | |
| _____ | ☐ Yes | |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?** | |
| **Last 4 digits of account** | ☐ No | |
| **number** __ __ __ __ | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| ☐ No | Check all that apply. | |
| ☐ Yes. Have you already specified the relative priority? | ☐ Contingent | |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |
| _____ | | |
| _____ | | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | | |

3. **Total** of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                                            $_____

Debtor  26 Pulaski Management Corp
        Name                                                    Case number (if known)

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**  Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    26 Pulaski Management Corp
_____
          Name

Case number (if known)_____

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor _____26 Pulaski Management Corp_____

United States Bankruptcy Court for the: ___Eastern_____ District of __New York___
                                                                (State)

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
    3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
jG Funding Corp

531 Wild Avenue

Staten Island, NY 10314

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $_____
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Original Mortgage Lender

Is the claim subject to offset?
☐ No
☐ Yes

Priority amount    $_____

**2.2** Priority creditor's name and mailing address
Manna Capital Solutions LLC

2068 Flatbush Ave

Brooklyn, NY 11234

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $_____
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Investor on Property

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**2.3** Priority creditor's name and mailing address
NYC Department of Health

125 Worth St, New York, NY 10013

_____

Date or dates debt was incurred

September 2023

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $ 660.00
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Health Violation

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor    26 Pulaski Management Corp
       _____    Case number *(if known)*_____
       Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.__**   Priority creditor's name and mailing address          $_____    $_____

_____
                       As of the petition filing date, the claim is:
_____   *Check all that apply.*
_____   ☐ Contingent
                                  ☐ Unliquidated
                                  ☐ Disputed

Date or dates debt was incurred         Basis for the claim:

_____          _____

Last 4 digits of account           Is the claim subject to offset?
number    ___ ___ ___ ___        ☐ No
Specify Code subsection of PRIORITY unsecured   ☐ Yes
claim: 11 U.S.C. § 507(a) (_____)

---

**2.__**   Priority creditor's name and mailing address          $_____    $_____

_____
                       As of the petition filing date, the claim is:
_____   *Check all that apply.*
_____   ☐ Contingent
                                  ☐ Unliquidated
                                  ☐ Disputed

Date or dates debt was incurred         Basis for the claim:

_____          _____

Last 4 digits of account           Is the claim subject to offset?
number    ___ ___ ___ ___        ☐ No
Specify Code subsection of PRIORITY unsecured   ☐ Yes
claim: 11 U.S.C. § 507(a) (_____)

---

**2.__**   Priority creditor's name and mailing address          $_____    $_____

_____
                       As of the petition filing date, the claim is:
_____   *Check all that apply.*
_____   ☐ Contingent
                                  ☐ Unliquidated
                                  ☐ Disputed

Date or dates debt was incurred         Basis for the claim:

_____          _____

Last 4 digits of account           Is the claim subject to offset?
number    ___ ___ ___ ___        ☐ No
Specify Code subsection of PRIORITY unsecured   ☐ Yes
claim: 11 U.S.C. § 507(a) (_____)

---

**2.__**   Priority creditor's name and mailing address          $_____    $_____

_____
                       As of the petition filing date, the claim is:
_____   *Check all that apply.*
_____   ☐ Contingent
                                  ☐ Unliquidated
                                  ☐ Disputed

Date or dates debt was incurred         Basis for the claim:

_____          _____

Last 4 digits of account           Is the claim subject to offset?
number    ___ ___ ___ ___        ☐ No
Specify Code subsection of PRIORITY unsecured   ☐ Yes
claim: 11 U.S.C. § 507(a) (_____)

| Debtor | 26 Pulaski Management Corp | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | 26 Pulaski Management Corp | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | 26 Pulaski Management Corp | Case number (if known) _____ |
|--------|---------------------------|----------|
|        | Name                      |          |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor     26 Pulaski Management Corp
           _____
           Name                                                    Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $_____ |
| 5b. Total claims from Part 2 | 5b. **+** | $_____ |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $_____ |

☐ Check if this is an amended filing

**Fill in this information to identify the case:**

Debtor name _26 Pulaski Management Corp_

United States Bankruptcy Court for the: _Eastern_ _____ District of _New York_
(State)

Case number (If known): _____    Chapter _____

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1** State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining
_____

List the contract number of any government contract
_____

**2.2** State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining
_____

List the contract number of any government contract
_____

**2.3** State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining
_____

List the contract number of any government contract
_____

**2.4** State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining
_____

List the contract number of any government contract
_____

**2.5** State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining
_____

List the contract number of any government contract
_____

<table>
<tr><td colspan="2" style="background-color:black; color:white;"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>26 Pulaski Management Corp</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern     District of New York<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.** **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name**    **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 _____ Street _____ _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ Street _____ _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ Street _____ _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ Street _____ _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ Street _____ _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ Street _____ _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |